461

No. 42572.—Protests 174565–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel filet lace articles, Normandy lace articles, and embroidered handkerchiefs were held dutiable at 75 percent under paragraph 1430.  United States v. Jabara (22 C. C. P. A. 77, T. D. 47065), United States v. Amrein (26 C. C. P. A. 353, C. A. D. 40), and Pustet. United States (13 Ct. Cust. Appls. 530, T. D. 41396) followed.  Artificial flowers like those the subject of Robinson-Goodman v. United States (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.

No. 42573.—Protests 165068–G, etc., of Matthew MacCarthy, Inc. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel Alençon laces similar to those the subject of United States v. Caesar (18 C. C. P. A. 106, T. D. 44067), filet lace articles like those passed on in United States v. Jabara (22 id. 77, T. D. 47065), and embroidered wearing apparel similar to that the subject of Pustet v. United States (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 42574.—Protests 563783–G, etc., of I. Goldberg, Inc. (New York).

Opinion by TILSON, J   The protests were dismissed.   Abstract 15400 followed.

No. 42575.—Protests 950670–G, etc., of I. Goldberg & Sons, Inc. (New York).

Opinion by TILSON, J.   The protests were dismissed.   Abstract 15400 followed.

No. 42576.—Protest 721124–G of Seymour Ciechanow (New York).

Opinion by CLINE, J.  On the authority of Schwing v. United States (T. D. 47530) and Bourgerie v. United States (T. D. 48372) it was held that the importer is entitled to an exemption of $100 worth of merchandise under paragraph 1798. The protest was sustained accordingly and it was held that duty taken on $38.70 worth of cognac should be refunded.

No. 42577.—Protest 967293–G of L. W. Cox & Co. (New York).

Opinion by CLINE, J.  The collector reported that duty was taken on the whole quantity of 3,234 pounds since the consignee did not file notice of condemnation 5 days thereafter under section 506, Tariff Act of 1930, and article 804, C. R. 1937.  It was not shown that the plaintiffs complied with all the provisions of the statute and the regulations promulgated thereunder in force at